# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WHITAKER,<br><br>      Plaintiff,<br><br>  v.<br><br>TEMPLE WEST PLAZA and DOES 1–10,<br><br>      Defendants. | Case No.: CV 19-08931-CJC(Ex)<br><br>**JUDGMENT** |

    Plaintiff Brian Whitaker brings this action against Defendant Temple West Plaza. On June 8, 2021, the Court issued a memorandum of decision in favor of Defendant.

//

//

//

//

In accordance with the Court's Memorandum of Decision, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing on his complaint against Defendant.

DATED: June 8, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL